# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UTILITY CONSTRUCTORS, INC.**

**CIVIL ACTION**

**VERSUS**

**NO. 15-501-JWD-RLB**

**LIBERTY MUTUAL INSURANCE CO.**

## O R D E R

        The court *sua sponte* notes the potential insufficiency of the defendant's allegation of the citizenship of the parties as follows;

1.   ____   A party invoking diversity jurisdiction must allege the *citizenship* rather than mere residence of an individual.  In addition, see 28 U.S.C. §1332(c)(2) for infants, minors and an incompetent.  The *citizenship* of _____ is not provided.

2.   _X_   A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party.  *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983).  The principal place of business of plaintiff **Utility Constructors, Inc.** is not provided.[1]

3.   ____   A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party.  *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983).  Even when a liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its own citizenship still is considered in determining whether complete diversity exists.  The state of incorporation and principal place of business of _____ is not provided.[2]

4.   ____   A party invoking diversity jurisdiction must properly allege the citizenship of a limited liability company.  The citizenship of a limited liability company for

---

[1]The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters.  *Hertz Corp. v. Friend*, 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

[2]See footnote 1.

diversity purposes is determined by the citizenship of **its members**. The citizenship of **all of the members** of a limited liability company must be properly alleged. In the event a member of a limited liability company is another limited liability company, the members of that limited liability company must be properly alleged as well. See *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008). The complete citizenship of _____ is not provided.

5. ____ A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership, a limited liability partnership, and a limited partnership. A general partnership, a limited liability partnership, and a limited partnership has the citizenship of each one of its partners. Both the general partner and limited partner must be alleged to establish citizenship of a limited partnership. See *International Paper Co. v. Denkmann Assoc.,* 116 F.3d 134, 137 (5th Cir. 1997); *Carden v. Arkoma Associates,* 494 U.S. 185 (1990). The citizenship of _____ is not provided.

6. ____ A party invoking diversity jurisdiction must properly allege the citizenship of Underwriters at Lloyd's, London. The citizenship of Underwriters at Lloyd's, London has not been provided. See *Corfield v. Dallas Glen Hills LP,* 355 F.3d 853 (5th Cir. 2003).

7. ____ A party invoking diversity jurisdiction must properly allege the citizenship of a sole proprietorship. A business entity cannot be both a corporation and sole proprietorship; therefore the court seeks to clarify the identity of plaintiff/defendant. Case law suggests that the citizenship of a sole proprietorship for diversity purposes is determined by the citizenship of its members and/or owners. See *Linder Enterprises v. Martinringle, No. 07-1733,* 2007 WL 3095382 (N.D. Tex., Oct. 22, 2007). The citizenship of _____ is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **October 16, 2015**, the defendant shall file an amended notice of removal providing the citizenship of plaintiff **Utility Constructors, Inc.**, by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on October 1, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**